No. 86–1155.  INTERNATIONAL PRIMATE PROTECTION LEAGUE ET AL. *v.* INSTITUTE FOR BEHAVIORAL RESEARCH, INC., ET AL. C. A. 4th Cir.  Certiorari denied.

No. 86–1158.  SCHELLONG *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 7th Cir.  Certiorari denied.

No. 86–1316.  HARRIS, AS TRUSTEE UNDER THE TRUST AGREEMENT DATED MARCH 1, 1973, ET AL. *v.* SENTRY CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 86–1331.  YURI FASHIONS CO., LTD. *v.* UNITED STATES. C. A. Fed. Cir.  Certiorari denied.

No. 86–1332.  MCCARTY *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 86–1411.  MILLER *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. 5th Cir.  Certiorari denied.

No. 86–1422.  RATCLIFF *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–1441.  SOLTIES ET UX. *v.* MASSEY-FERGUSON, INC. C. A. 3d Cir.  Certiorari denied.

No. 86–1444.  BIGLEY ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 86–1465.  DESHA *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 86–5888.  DALE *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 86–5999.  TURNER *v.* PANSOPHIC SYSTEMS, INC.  C. A. 7th Cir.  Certiorari denied.

No. 86–6001.  WILMER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.